IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN TRILLO, JR.,

    Plaintiff,                    No. CIV S-06-0075 DFL DAD P

    vs.

N. GRANNIS, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On March 8, 2007, defendants requested an extension of time to and including May 9, 2007, to file a dispositive motion in this action. This court already issued an extension of time to file dispositive motions on February 28, 2007, in response to plaintiff's January 8, 2007 motion for enlargement of time. Under that previous order, all pretrial motions, except motions to compel discovery, must be filed by April 27, 2007. Defendants' motion for an extension of time includes declarations and dates that suggest defendants are unaware of this court's February 28, 2007 order.

/////

/////

/////

/////

1

1  Accordingly, this court will deny defendants' request for an extension of time
2  without prejudice to make a further request.  Accordingly, IT IS HEREBY ORDERED that
3  defendants' March 8, 2007 request for an extension of time is denied without prejudice.
4  DATED: March 12, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
tril0075.36den