IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN TRILLO, JR.,

    Plaintiff,                     No. CIV S-06-0075 DFL DAD P

    vs.

N. GRANNIS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an opposition to defendants' April 27, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 1, 2007 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' April 27, 2007 motion for summary judgment. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: June 8, 2007.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:mp
tril0075.36(2)