IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN TRILLO, JR.,

     Plaintiff,                       No. CIV S-06-0075 RRB DAD P

    vs.

N. GRANNIS, et al.,

     Defendants.               <u>ORDER</u>

_____/

        Under the court's February 28, 2007 revised scheduling order, plaintiff's pretrial statement is due on August 31, 2007, and defendants' pretrial statement is due on September 14, 2007. Pretrial conference is set for September 21, 2007, and jury trial is set for December 10, 2007. On April 27, 2007, defendants filed a motion for summary judgment.

        Good cause appearing, the court will vacate the scheduling order dates related to pretrial statements, pretrial conference, and jury trial and will issue a revised scheduling order if necessary after the motion for summary judgment has been ruled upon. The remainder of the court's scheduling order will remain in effect.

/////

/////

/////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1. The court's February 28, 2007 revised scheduling order dates related to pretrial

3 statements (August 31, 2007 and September 14, 2007), pretrial conference (September 21, 2007),

4 and jury trial (December 10, 2007) are vacated; and

5        2. The remainder of the court's scheduling order remains in effect. The court will

6 issue a revised scheduling order if necessary after summary judgment has been ruled upon.

7 DATED: August 2, 2007.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11 DAD:9
tril0075.41mod

2