IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN TRILLO, JR.,

        Plaintiff,                    No. CIV S-06-0075 RRB DAD P

    vs.

N. GRANNIS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file his objections to the January 11, 2008 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted for this purpose.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's February 7, 2008 motion for an extension of time is granted;

        2. Plaintiff is granted fifteen days from the date of this order in which to file his objections to the January 11, 2008 findings and recommendations. No further extensions of time will be granted for this purpose; and

/////

/////

/////

3. Defendants' reply, if any, shall be filed within ten days of service of plaintiff's objections.

DATED: February 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
tril0075.36fr